[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1205.]

THE STATE OF OHIO, APPELLANT, *v*. ZACHERY, APPELLEE.

[Cite as *State v. Zachery*, 1997-Ohio-178.]

*Appeal dismissed as improvidently allowed.*

(No. 96-1029—Submitted May 7, 1997—Decided June 18, 1997.)

APPEAL from the Court of Appeals for Montgomery County, No. CA 15267.

_____

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *Jeffrey M. Patzer*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, State Public Defender, and *Thomas R. Wetterer, Jr.*, Assistant State Public Defender, for appellee.

_____

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

COOK, J., dissents and would reverse the judgment of the court of appeals.

_____